No. D–96.  In re Disbarment of Hoffmann.  It is ordered that Joseph L. Hoffmann, of Monongahela, Pa., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.